| | | |
|---|---|---|
| Your Name: | WEI, TZYHLIH | |
| Your Address: | 3040 Chippenham Dr, San Jose, CA 95132 | FILED |
| Phone Number: | 408-429-3236 | FEB 21 2025 |
| Email Address: | wesleywei@sbcglobal.net | CLERK, U.S. DISTRICT COURT<br>NORTH DISTRICT OF CALIFORNIA<br>SAN JOSE OFFICE |

Pro Se Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

WEI, TZYHLIH

Plaintiff,

v.

INTERNAL REVENUE SERVICE

Defendant.

Case Number  C 25 01896 DMR  [leave blank]

**COMPLAINT**

DEMAND FOR JURY TRIAL

Yes ☐   No ■

## I. PARTIES

1. Plaintiff. [Write your name, address, and phone number. Add a page for additional plaintiffs.]

   Name: WEI, TZYHLIH
   Address: 3040 Chippenham Dr, San Jose, CA 95132
   Telephone: 408-429-3236

2. Defendants. [Write each defendant's full name, address, and phone number.]

   Defendant 1:
   Name: INTERNAL REVENUE SERVICE
   Address: Kansas City, MO 64999-0025
   Telephone: 800-829-0922

   Defendant 2:

|     |              |     |
| --- | ------------ | --- |
| 1   | Name:        | ___ |
| 2   | Address:     | ___ |
| 3   | Telephone:   | ___ |
| 4   | Defendant 3: |     |
| 5   | Name:        | ___ |
| 6   | Address:     | ___ |
| 7   | Telephone:   | ___ |

## II. JURISDICTION

Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.

3. My case belongs in federal court

   ☒ under <u>federal question jurisdiction</u> because it involves a federal law or right.

   Which federal law or right is involved?
   IRS tax law

   ☐ under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>and</u> the amount of damages is more than $75,000.

## III. VENUE

The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.

4. Venue is appropriate in this Court because:

   ☐ a substantial part of the events I am suing about happened in this district.

   ☐ a substantial part of the property I am suing about is located in this district.

   ☒ I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u> I live in this district.

☐ at least one defendant is located in this District and any other defendants are located in California.

## IV. INTRADISTRICT ASSIGNMENT

This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka-McKinleyville. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka-McKinleyville division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.

5. Because this lawsuit arose in __Santa Clara__ County, it should be assigned to the __San Jose__ Division of this Court.

## V. STATEMENT OF FACTS

Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, **starting with paragraph number 6**. Use more pages as needed.

6. On Apr 18, 2022, the 2018 income tax return was timely filed with USPS certified mail. According to IRS Tax Tip 2022-51 Apr 4, 2022 (Title: Time is running out to file for tax year 2018 and still get unclaimed refunds) taxpayers have until Apr 18, 2022 to file their 2018 return and get their refund.

7. IRS sent 105c letter dated Feb 22, 2023 disallowed the tax refund claim, it stated following
The last day to file a timely claim or return for tax year 2018 was Apr 15, 2022.
We can't allow your claim or return because the received date May 6, 2022 is after the deadlin

8. On Feb 27, 2023 called IRS Weiblinger ID:1004602656 confirmed IRS 105C letter error the correct deadline was Apr 18, 2022 and return was filed timely. The mailing proof including certificate of mailing and mailing sales receipt was faxed to Weiblinger at 8554151048 and she confirmed the fax also informed that no additional work is required from me the proof of mailing will be processed accordingly to issue the tax refund.

9. On Dec 12, 2024 after dozens of follow up calls without result, I sent the appealing letter with

proof of mailing through USPS certified mail to IRS.

10. Dated Jan 28, 2025 IRS sent LTR 2645C indicating that IRS is working on my account and will need 60 days to send out a complete response. The reference no. 0938000000

## VI. CLAIMS

### First Claim

Name the law or right violated:

2018 tax refund claim was incorrectly disallowed

Name the defendants who violated it:

INTERNAL REVENUE SERVICE

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

I made multiple attempts to correct the IRS mistake (8, 9) but unable to resolve the issue within the statue limit of 2 years since the notice of claim disallowance.

According to IRS taxpayers have to bring lawsuit within 2 years otherwise will lose the right to claim tax refund


## VII. DEMAND FOR RELIEF

State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount or describe the different kinds of harm caused by the defendant.

IRS should correct its mistake on the processing of 2018 tax return based on incorrect deadline and promptly complete the process of tax refund. I request IRS to reimburse my legal cost.

## VIII. DEMAND FOR JURY TRIAL

Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.

☐ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: Feb 21, 2025        Sign Name: *[signature]*

Print Name: WEI, TZYHLIH