

# U.S. District Court

## California Northern - San Jose

Receipt Date: Feb 21, 2025 3:24PM

Tzyhlih Wei
3040 Chippenham Dr.
San Jose, CA 95132

| Rcpt. No: 511019364 | Trans. Date: Feb 21, 2025 3:24PM | | | Cashier ID: #SC (6538) | |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | Amt |
|---|---|---|---|
| CC | Credit Card | | $405.00 |
| | | Total Due Prior to Payment: | $405.00 |
| | | Total Tendered: | $405.00 |
| | | Total Cash Received: | $0.00 |

**Comments:** 4:25-cv-01896-DMR

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.