PATRICK R. BURNETT (D.C. Bar No. 1780072)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Phone: 202-514-6619
Fax: 202-307-0054
Patrick.R.Burnett@usdoj.gov
*Attorney for the United States of America*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TZYHLIH WEI,<br><br>  Plaintiff,<br><br>  v.<br><br>INTERNAL REVENUE SERVICE,<br><br>  Defendant. | Case No. 3:25-cv-01896-SI<br><br>UNITED STATES' UNOPPOSED MOTION TO ENLARGE TIME TO RESPOND TO THE COMPLAINT |

Pursuant to L.R. 6-3, and for good cause, the United States of America moves this Court to enlarge the United States' time to respond to Plaintiff Tzyhlih Wei's Complaint by 60 days to August 22, 2025. In addition, the United States moves this Court to reset the dates for submitting the joint scheduling report and for the scheduling conference to dates after August 22, 2025.

Mr. Wei filed this complaint on February 21, 2025. (Doc. 1). Pursuant to Federal Rule of Civil Procedure 4(i)(1), Mr. Wei served the United States Attorney's Office for the Northern District of California on April 22, 2025, and he served the Attorney General of the United States on April 30, 2025. (Doc. 13). Under Rule 12(a)(2), the United States has 60 days to respond to a complaint following service on the United States Attorney. Accordingly, under Rules 12(a)(2) and 6(a)(1)(C), the United States' response to the Complaint is due June 23, 2025.

Counsel for the United States received the IRS's views on the case on May 30, 2025. On June 16, 2025, Counsel spoke over the phone with Mr. Wei, who is proceeding *pro se*, to discuss the possibility of resolving this matter without further litigation. In an email sent on June 5, 2025, and during the June 16 phone call, Counsel also requested several documents from Mr.

Wei to review whether the United States may be able to resolve this matter without further litigation.

Counsel for the United States needs additional time to receive and review information from Mr. Wei, obtain additional information from the IRS, and potentially resolve this matter with Mr. Wei. Accordingly, the United States requests this Court to extend the time to answer by 60 days to August 22, 2025.

The United States further requests that the Court vacate the joint scheduling report deadline set for August 15, 2025, and the scheduling conference set for August 22, 2025, and reset these dates to dates after August 22, 2025.

The undersigned counsel has communicated with Mr. Wei, and he said he does not oppose the United States' motion to enlarge time to respond.

This is the first request to extend time in the case.

WHEREFORE, for good cause shown, the United States hereby respectfully requests that this Court enlarge the United States' time to respond to Plaintiff Tzyhlih Wei's Complaint by 60 days to August 22, 2025, and reset the dates for submitting the joint scheduling report and for the scheduling conference to dates after August 22, 2025.

Respectfully submitted this 17th day of June, 2025.

/s/ Patrick R. Burnett
PATRICK R. BURNETT
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Phone: 202-514-6619
Fax: 202-307-0054
Patrick.R.Burnett@usdoj.gov
*Attorney for the United States of America*

CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of June, 2025, I caused a true and complete copy of the foregoing Motion to Enlarge Time and its attachments to be served by first-class mail, postage prepaid, to the following person at the following address:

Tzyhlih Wei
3040 Chippenhan Dr.
San Jose, CA 95132

/s/ Patrick R. Burnett
PATRICK R. BURNETT
Trial Attorney
United States Department of Justice, Tax Division