PATRICK R. BURNETT (D.C. Bar No. 1780072)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Phone: 202-514-6619
Fax: 202-307-0054
Patrick.R.Burnett@usdoj.gov
*Attorney for the United States of America*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TZYHLIH WEI,<br><br>Plaintiff,<br><br>v.<br><br>INTERNAL REVENUE SERVICE,<br><br>Defendant. | Case No. 3:25-cv-01896-SI<br><br>DECLARATION OF PATRICK BURNETT IN SUPPORT OF THE UNITED STATES' MOTION TO ENLARGE TIME TO RESPOND TO THE COMPLAINT |

I, Patrick Burnett, pursuant to 28 U.S.C. § 1746, declare that:

1.　　I am a trial attorney for the United States Department of Justice, Tax Division. In my capacity as a trial attorney with the Department of Justice, Tax Division, I have been assigned litigation responsibilities for representing the United States in the above-captioned case.

2.　　Plaintiff Tzyhlih Wei filed this complaint on February 21, 2025. (Doc. 1). Pursuant to Federal Rule of Civil Procedure 4(i)(1), Mr. Wei served the United States Attorney's Office for the Northern District of California on April 22, 2025, and he served the Attorney General of the United States on April 30, 2025. (Doc. 13).

3.　　On May 30, 2025, the undersigned counsel received the IRS's views on this matter. The undersigned counsel emailed Mr. Wei on June 5, 2025, to request additional documents to review whether the United States and Mr. Wei could resolve this matter without further litigation.

4.　　On June 16, 2025, Mr. Wei and the undersigned counsel spoke over the phone. Mr. Wei agreed to provide the United States the documents undersigned counsel requested on

Declaration of Patrick Burnett　　　　　　　　1

June 5. Mr. Wei also stated during this phone call that he did not oppose a 60-day extension of time for the United States to respond to his complaint.

5. On June 17, 2025, Mr. Wei and the undersigned counsel spoke over the phone once more. Undersigned counsel called Mr. Wei to ask if he would be opposed to resetting the joint scheduling report deadline set for August 15, 2025, and the scheduling conference set for August 22, 2025, until after the United States has had the opportunity to respond. He said he did not oppose this relief.

6. This is the first request to extend time in the case.

7. Undersigned counsel needs additional time to receive the requested documents from Mr. Wei, review any documents provided by Mr. Wei, obtain additional information from the IRS, and potentially resolve this matter with Mr. Wei.

8. While this extension of time would require the Court to vacate the joint scheduling report deadline set for August 15, 2025, and the scheduling conference set for August 22, 2025, because the case has just been opened, this extension of time would otherwise have little impact on the case schedule.

I declare under the penalty of perjury that the foregoing is true and correct.

Respectfully submitted this 17th day of June, 2025.

*/s/ Patrick R. Burnett*
PATRICK R. BURNETT
Trial Attorney, Tax Division
U.S. Department of Justice

*Attorney for the United States of America*