UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TZYHLIH WEI,

    Plaintiff,

v.

INTERNAL REVENUE SERVICE,

    Defendant.

Case No. 3:25-cv-01896-SI

ORDER GRANTING THE UNITED STATES' MOTION TO ENLARGE TIME TO RESPOND TO THE COMPLAINT

    For good cause shown, the court grants the United States' Motion to Enlarge Time to Respond to the Complaint. The United States shall file its response to the Complaint no later than August 22, 2025. The dates for submitting the joint scheduling report and for the scheduling conference will be scheduled for after August 22, 2025.

    IT IS SO ORDERED.

_____
The Honorable Susan Illston
United States District Judge